JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VU NGUYEN VU,<br><br>　　　　Defendant | Case No.: CR 01-20154 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER |

On March 10, 2011, the parties appeared before this Court for a further status review. At this hearing, the Court, at the request of the parties, referred the defendant for a psychological examination. On March 14, 2011, the Court signed an order referring the defendant to the Metropolitan Detention Center in Los Angeles (MDC-LA), California or another Bureau of Prisons facility in California for the examination.

Dr. Lisa Hope, a Forensic Psychologist at the MDC-LA, is currently prepared a written report in August 2011. A hearing on that report has been continued from time to time, and now is set for May 25, 2012 at 1:30 p.m. Dr. Hope will testify at that time concerning her evaluation reflected in the August 2011 report, and her

1 | then current assessment.  In order to assist Dr. Hope's evaluation, she has
2 | requested access to the defendant's psychological, psychiatric, and medical records
3 | maintained at the Santa Clara County Main Jail to the extent those records reflect
4 | any entry after August 1, 2011.
5 |      Therefore the parties stipulate that good cause exists for the attached Order
6 | directing the Santa Clara Main Jail to provide copies of the defendant's
7 | psychological, psychiatric, and medical records to Dr. Lisa Hope at the MDC-LA.

Respectfully submitted,

Dated: May 8, 2012				MELINDA HAAG
						UNITED STATES ATTORNEY

						__/s/_____
						Gary Fry
						Assistant U.S. Attorney

Dated: May 8, 2012				_____
						James McNair Thompson
						Attorney for Defendant Vu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VU NGUYEN VU,<br><br>　　　　Defendant | Case No.: CR 01-20154 JF<br><br>[PROPOSED] ORDER TO RELEASE PSYCHOLOGICAL, PSYCHIATRIC, AND MEDICAL RECORDS TO MDC-LA FORENSIC PSYCHOLOGIST |

Based on the stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the Santa Clara Main Jail provide psychological, psychiatric, and medical records it currently maintains for inmate VU NGUYEN VU to Dr. Lisa Hope at the Metropolitan Detention Center in Los Angeles, California.

Dated. _____

_____
JEREMY FOGEL
United States District Judge