*E-FILED - 11/14/13*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-01-20154-RMW-10 |
| Plaintiff, | |
| v. | **ORDER DIRECTING CLERK TO REASSIGN CASE** |
| VU NGUYEN VU, | |
| Defendant. | |

This case was originally assigned to Judge Jeremy Fogel. On November 12, 2013, Judge Fogel requested that the case be reassigned. On November 14, 2013, the case was assigned to this Court. Good cause appearing however, this Court hereby directs the Clerk to reassign the case.

IT IS SO ORDERED.

Dated: November 14, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
U.S. DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record: